SOUTHEASTERN PA TRANSP AUTH   ERIK A WHARTON
3101
0000004718

| TAX DEDUCTIONS | | YEAR TO DATE |
| --- | --- | --- |
| FEDERAL TAX | $322.46 | $4,836.90 |
| PENNA | $124.67 | $1,870.05 |
| PHILA | $139.70 | $2,095.50 |
| AFLAC-POST TAX | $19.80 | $297.00 |
| HEALTH COPAY | $65.87 | $988.05 |
| RRTA TIER I | $305.63 | $4,584.41 |
| RRTA TIER II | $195.77 | $2,936.42 |
| CO-PAY PENSION | $101.53 | $1,522.95 |
| LIFE INSUR | $2.00 | $14.00 |
| PRIMARY CHECK | $2,783.57 | $41,769.73 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
| --- | --- | --- | --- | --- |
| REGULAR EARNING | 0 | 72 | $3,654.90 | $52,691.48 |
| VAC PAY | 0 | 8 | $406.10 | $2,944.23 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $2,842.70 |
| PERSNL DAY | 0 | 0 | $0.00 | $406.10 |
| SICK PAY | 0 | 0 | $0.00 | $2,030.50 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CURR | $4,061.00 | - | $586.83 | - | $690.60 | = | $2,783.57 | | 130506210 | $2,783.57 |
| Y TO D | $60,915.01 | - | $8,802.45 | - | $10,342.83 | = | $41,769.73 | 07-22-2023 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CAPITOL ONE

XXXXXXXXXXXXXXXX

CHECK

$2,783.57

TO THE
ORDER
OF

31 01 19       232
ERIK A WHARTON
27 LEWIS STREET
FEASTERVILLE PA   19053

0        0000004718

07-28-2023

SOUTHEASTERN PA TRANSP AUTH    ERIK A WHARTON
3101
0000004718

| TAX DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $322.46 | $5,159.36 |
| PENNA | $124.67 | $1,994.72 |
| PHILA | $139.70 | $2,235.20 |
| AFLAC-POST TAX | $19.80 | $316.80 |
| HEALTH COPAY | $65.87 | $1,053.92 |
| RRTA TIER I | $305.62 | $4,890.03 |
| RRTA TIER II | $195.76 | $3,132.18 |
| CO-PAY PENSION | $101.53 | $1,624.48 |
| LIFE INSUR | $0.00 | $14.00 |
| PRIMARY CHECK | $2,785.59 | $44,555.32 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 61 | $3,096.51 | $55,787.99 |
| VAC PAY | 0 | 19 | $964.49 | $3,908.72 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $2,842.70 |
| PERSNL DAY | 0 | 0 | $0.00 | $406.10 |
| SICK PAY | 0 | 0 | $0.00 | $2,030.50 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | $4,061.00 - | $586.83 - | $688.58 = | $2,785.59 | | 130521171 | $2,785.59 |
| Y TO D | $64,976.01 - | $9,389.28 - | $11,031.41 = | $44,555.32 | 08-05-2023 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CAPITOL ONE

XXXXXXXXXXXXXXXX

CHECK

$2,785.59

TO THE
ORDER
OF

31 01 19         232                    0          0000004718
ERIK A WHARTON                                                    08-11-2023
27 LEWIS STREET
FEASTERVILLE PA    19053