| Statement of Earnings For: | **Erik Anthony Wharton** | | | Pennco Tech |
|---|---|---|---|---|
| Employee #: 003120 | Location: PA | Period Begin: 7/5/2023 | Check Date: 7/21/2023 | 3815 Otter St |
| Clock Number: | Category: 110 | Period End: 7/18/2023 | Pay Type: Hourly | Bristol, PA 19007 |
| Company Id: CN186522 | Federal Filing: Married Filing | Exemptions: | Additional Tax: | |
| | State Filing: | Exemptions: | Additional Tax: | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 99409 | $631.13 | $717.75 | $631.13 | |

**EARNINGS** *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Night Instructr | 29.0000 | 24.75 | 717.75 | 24.75 | 717.75 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 44.50 | 44.50 |
| MED EE | 10.41 | 10.41 |
| PA WH | 22.03 | 22.03 |
| BRISTOL TWP | 7.18 | 7.18 |
| PA SUI EE | 0.50 | 0.50 |
| BRISTOL TWP LST | 2.00 | 2.00 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|

| Total: | 24.75 | 717.75 | 24.75 | 717.75 | Total: | 86.62 | 86.62 | Total: | 0.00 | 0.00 |

**LEAVE ACCRUAL**

| Accrual Type |
|---|

**DISTRIBUTION OF NET PAY**

| | Account: ####4553 | *Prenote: | 0.00 |
|---|---|---|---|
| Checking | | | |

---

Pennco Tech
3815 Otter St
Bristol, PA 19007

| CHECK DATE | CHECK NUMBER |
|---|---|
| 7/21/2023 | 99409 |

| CHECK AMOUNT |
|---|
| *********$631.13 |

Erik Anthony Wharton
27 Lewis Street
Feasterville, PA 19053

NOT NEGOTIABLE

| Statement of Earnings For: | Erik Anthony Wharton | | | | | Pennco Tech |
|---|---|---|---|---|---|---|
| Employee #: 003120 | Location: PA | Period Begin: 7/19/2023 | Check Date: 8/4/2023 | | | 3815 Otter St |
| Clock Number: | Category: 110 | Period End: 8/1/2023 | Pay Type: Hourly | | | Bristol, PA 19007 |
| Company Id: CN186522 | Federal Filing: Married Filing | Exemptions: | Additional Tax: | | | |
| | State Filing: | Exemptions: | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V44269896 | $0.00 | $717.75 | $631.14 | |

| EARNINGS | | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Night Instructr | 29.0000 | 24.75 | 717.75  49.50 | 1,435.50 | SOC SEC EE | 44.50 | 89.00 | | | |
| | | | | | MED EE | 10.40 | 20.81 | | | |
| | | | | | PA WH | 22.03 | 44.06 | | | |
| | | | | | BRISTOL TWP | 7.18 | 14.36 | | | |
| | | | | | PA SUI EE | 0.50 | 1.00 | | | |
| | | | | | BRISTOL TWP LST | 2.00 | 4.00 | | | |
| Total: | | 24.75 | 717.75  49.50 | 1,435.50 | Total: | 86.61 | 173.23 | Total: | 0.00 | 0.00 |

| LEAVE ACCRUAL | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|
| Accrual Type | | Checking | Account: ####4553 | Deposit Amount: 631.14 |

Pennco Tech
3815 Otter St
Bristol, PA 19007

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/4/2023 | V44269896 |

| TOTAL NET PAY |
|---|
| *********$631.14 |

Erik Anthony Wharton
27 Lewis Street
Feasterville, PA 19053

NOT NEGOTIABLE

| Statement of Earnings For: | Erik Anthony Wharton | | | | | Pennco Tech | |
|---|---|---|---|---|---|---|---|
| Employee #: 003120 | Location PA | Period Begin: 8/2/2023 | Check Date: 8/18/2023 | | | 3815 Otter St | |
| Clock Number: | Category 110 | Period End: 8/15/2023 | Pay Type: Hourly | | | Bristol, PA 19007 | |
| Company Id: CN186522 | Federal Filing: Married Filing | Exemptions: | Additional Tax: | | | | |
| | State Filing: | Exemptions: | Additional Tax: | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V44548150 | $0.00 | $732.25 | $643.91 | |

| EARNINGS | | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | TAXES | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description Current | YTD |
| Night Instructr | 29.0000 | 25.25 | 732.25  74.75 | 2,167.75 | SOC SEC EE | 45.40 | 134.40 | | |
| | | | | | MED EE | 10.62 | 31.43 | | |
| | | | | | PA WH | 22.48 | 66.54 | | |
| | | | | | BRISTOL TWP | 7.32 | 21.68 | | |
| | | | | | PA SUI EE | 0.52 | 1.52 | | |
| | | | | | BRISTOL TWP LST | 2.00 | 6.00 | | |
| Total: | | 25.25 | 732.25  74.75 | 2,167.75 | Total: | 88.34 | 261.57 | Total: 0.00 | 0.00 |

| LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| Accrual Type | Checking | Account: #7 ###4553 | Deposit Amount: 643.91 |

Pennco Tech
3815 Otter St
Bristol, PA 19007

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/18/2023 | V44548150 |

TOTAL NET PAY
*********$643.91

Erik Anthony Wharton
27 Lewis Street
Feasterville, PA 19053

NOT NEGOTIABLE