**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                                                    : **CHAPTER 7**

Debtor(s)' **Erik A. Wharton**
           **Shari L. Merton**

                                            :

                                            : **CASE NO. 23-12910-mdc**

                                            :

**CERTIFICATION OF NO PAYMENT ADVICES**
**pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

       I, **Shari L. Merton** , hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

      \_\_\_\_\_ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

      \_\_\_\_ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

      \_\_\_ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals. I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

      \_X\_\_ I did not receive payment advices due to factors other than those listed above. (Please explain) I am unemployed.

       I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: November 29, 2023

                                    *Shari L. Merton*
                                    _____
                                    Debtor: **Shari L. Merton**