SOUTHEASTERN PA TRANSP AUTH   ERIK A WHARTON
3101
0000004718

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 77 | $3,908.71 | $59,696.70 |
| VAC PAY | 0 | 3 | $152.29 | $4,061.01 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $2,842.70 |
| PERSNL DAY | 0 | 0 | $0.00 | $406.10 |
| SICK PAY | 0 | 0 | $0.00 | $2,030.50 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $322.46 | $5,481.82 |
| PENNA | $124.67 | $2,119.39 |
| PHILA | $139.70 | $2,374.90 |
| AFLAC-POST TAX | $19.80 | $336.60 |
| HEALTH COPAY | $65.87 | $1,119.79 |
| RRTA TIER I | $305.63 | $5,195.66 |
| RRTA TIER II | $195.76 | $3,327.94 |
| CO-PAY PENSION | $101.53 | $1,726.01 |
| LIFE INSUR | $2.00 | $16.00 |
| PRIMARY CHECK | $2,783.58 | $47,338.90 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $4,061.00 | - | $586.83 | - | $690.59 | = | $2,783.58 | 08-19-2023 | 130536155 | $2,783.58 |
| Y TO D | $69,037.01 | - | $9,976.11 | - | $11,722.00 | = | $47,338.90 | | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CAPITOL ONE

XXXXXXXXXXXXXXXX

CHECK

$2,783.58

TO THE ORDER OF

31 01 19    232
ERIK A WHARTON
27 LEWIS STREET
FEASTERVILLE PA    19053

0    0000004718
08-25-2023

SOUTHEASTERN PA TRANSP AUTH  ERIK A WHARTON
3101
0000004718

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 72 | $3,654.90 | $63,351.60 |
| VAC PAY | 0 | 0 | $0.00 | $4,061.01 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $2,842.70 |
| PERSNL DAY | 0 | 8 | $406.10 | $812.20 |
| SICK PAY | 0 | 0 | $0.00 | $2,030.50 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $322.46 | $5,804.28 |
| PENNA | $124.67 | $2,244.06 |
| PHILA | $139.70 | $2,514.60 |
| AFLAC-POST TAX | $19.80 | $356.40 |
| HEALTH COPAY | $65.87 | $1,185.66 |
| RRTA TIER I | $305.63 | $5,501.29 |
| RRTA TIER II | $195.76 | $3,523.70 |
| CO-PAY PENSION | $101.53 | $1,827.54 |
| LIFE INSUR | $0.00 | $16.00 |
| PRIMARY CHECK | $2,785.58 | $50,124.48 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $4,061.00 | - | $586.83 | - | $688.59 | = | $2,785.58 | | 130551013 | $2,785.58 |
| Y TO D | $73,098.01 | - | $10,562.94 | - | $12,410.59 | = | $50,124.48 | 09-02-2023 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CAPITOL ONE

XXXXXXXXXXXXXXXXX

CHECK
$2,785.58

TO THE ORDER OF

31 01 19    232
ERIK A WHARTON
27 LEWIS STREET
FEASTERVILLE PA    19053

0    0000004718
09-08-2023

SOUTHEASTERN PA TRANSP AUTH   ERIK A WHARTON
3101
0000004718

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 56 | $2,842.70 | $66,194.30 |
| VAC PAY | 0 | 16 | $812.20 | $4,873.21 |
| HOLIDAYPAY | 0 | 8 | $406.10 | $3,248.80 |
| PERSNL DAY | 0 | 0 | $0.00 | $812.20 |
| SICK PAY | 0 | 0 | $0.00 | $2,030.50 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $322.46 | $6,126.74 |
| PENNA | $124.67 | $2,368.73 |
| PHILA | $139.70 | $2,654.30 |
| AFLAC-POST TAX | $19.80 | $376.20 |
| HEALTH COPAY | $65.87 | $1,251.53 |
| RRTA TIER I | $305.63 | $5,806.92 |
| RRTA TIER II | $195.76 | $3,719.46 |
| CO-PAY PENSION | $101.53 | $1,929.07 |
| LIFE INSUR | $2.00 | $18.00 |
| PRIMARY CHECK | $2,783.58 | $52,908.06 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $4,061.00 | - | $586.83 | - | $690.59 | = | $2,783.58 | | 130566054 | $2,783.58 |
| Y TO D | $77,159.01 | - | $11,149.77 | - | $13,101.18 | = | $52,908.06 | 09-16-2023 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CAPITOL ONE

XXXXXXXXXXXXXXXXX

CHECK

$2,783.58

TO THE ORDER OF

31 01 19    232
ERIK A WHARTON
27 LEWIS STREET
FEASTERVILLE PA   19053

0    0000004718
09-22-2023