| Statement of Earnings For: | Erik Anthony Wharton | | | | | Pennco Tech | |
|---|---|---|---|---|---|---|---|
| Employee #: 003120 | Location PA | Period Begin: 8/30/2023 | Check Date: 9/15/2023 | 3815 Otter St | | | |
| Clock Number: | Category 110 | Period End: 9/12/2023 | Pay Type: Hourly | Bristol, PA 19007 | | | |
| Company Id: CN186522 | Federal Filing: Married Filing | Exemptions: | Additional Tax: | | | | |
| | State Filing: | Exemptions: | Additional Tax: | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message | | |
|---|---|---|---|---|---|---|
| V45075176 | $0.00 | $659.75 | $579.96 | | | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate Hrs/Units | Dollars YTD Hrs/Unit | | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Night Instructr | 29.0000  22.75 | 659.75 | 121.75 | 3,530.75 | SOC SEC EE | 40.91 | 218.91 | | | |
| | | | | | MED EE | 9.57 | 51.20 | | | |
| | | | | | PA WH | 20.25 | 108.38 | | | |
| | | | | | BRISTOL TWP | 6.60 | 35.31 | | | |
| | | | | | PA SUI EE | 0.46 | 2.47 | | | |
| | | | | | BRISTOL TWP LST | 2.00 | 10.00 | | | |

| Total: | 22.75 | 659.75 | 121.75 | 3,530.75 | Total: | 79.79 | 426.27 | Total: | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|

| LEAVE ACCRUAL | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|
| Accrual Type | | Checking | Account: ####4553 | Deposit Amount: 579.96 |

Pennco Tech
3815 Otter St
Bristol, PA 19007

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/15/2023 | V45075176 |

| TOTAL NET PAY |
|---|
| ********$579.96 |

Erik Anthony Wharton
27 Lewis Street
Feasterville , PA 19053

**NOT NEGOTIABLE**

## Employee Pay Details

Pennco Tech

**Erik Anthony Wharton**

For Pay Period: 8/30/2023 - 9/12/2023
Pay Date:       9/15/2023

| Earning | Rate | Hours | Dollars | Location | Category | Department |
|---|---|---|---|---|---|---|
| Night Instructr | 29.0000 | 22.75 | 659.75 | Bristol, PA | Instructors - PA | Evening Instruction |
| | | 22.75 | 659.75 | | | |

| Statement of Earnings For: | Erik Anthony Wharton | | | | Pennco Tech | |
|---|---|---|---|---|---|---|
| Employee #: 003120 | Location | PA | Period Begin: 5/13/2023 | Check Date: 9/29/2023 | 3815 Otter St | |
| Clock Number: | Category | 110 | Period End: 5/26/2023 | Pay Type: Hourly | Bristol, PA 19007 | |
| Company Id: CN186522 | Federal Filing: | Married Filing | Exemptions: | Additional Tax: | | |
| | State Filing: | | Exemptions: | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V45337744 | $0.00 | $609.00 | $535.20 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate Hrs/Units | Dollars YTD Hrs/Unit | | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Night Instructr | 29.0000  21.00 | 609.00 | 142.75 | 4,139.75 | SOC SEC EE | 37.75 | 256.66 | | | |
| | | | | | MED EE | 8.83 | 60.03 | | | |
| | | | | | PA WH | 18.70 | 127.08 | | | |
| | | | | | BRISTOL TWP | 6.09 | 41.40 | | | |
| | | | | | PA SUI EE | 0.43 | 2.90 | | | |
| | | | | | BRISTOL TWP LST | 2.00 | 12.00 | | | |

| Total: | 21.00 | 609.00 | 142.75 | 4,139.75 | Total: | 73.80 | 500.07 | Total: | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|

| LEAVE ACCRUAL | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|
| Accrual Type | | Checking | Account: ####4553 | Deposit Amount: 535.20 |

Pennco Tech
3815 Otter St
Bristol, PA 19007

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/29/2023 | V45337744 |

| TOTAL NET PAY |
|---|
| ********$535.20 |

Erik Anthony Wharton
27 Lewis Street
Feasterville , PA 19053

**NOT NEGOTIABLE**

# Employee Pay Details

Pennco Tech

**Erik Anthony Wharton**

For Pay Period: 9/13/2023 - 9/26/2023
Pay Date:        9/29/2023

| Earning | Rate | Hours | Dollars | Location | Category | Department |
|---|---|---|---|---|---|---|
| Night Instructr | 29.0000 | 21.00 | 609.00 | Bristol, PA | Instructors - PA | Evening Instruction |
| | | 21.00 | 609.00 | | | |