| Statement of Earnings For: | Erik Anthony Wharton | | | | | Pennco Tech |
|---|---|---|---|---|---|---|
| Employee #: 003120 | Location | PA | Period Begin: 8/16/2023 | Check Date: 9/1/2023 | | 3815 Otter St |
| Clock Number: * | Category | 110 | Period End: 8/29/2023 | Pay Type: Hourly | | Bristol, PA 19007 |
| Company Id: CN186522 | Federal Filing: | Married Filing | Exemptions: | Additional Tax: | | |
| | State Filing: | | Exemptions: | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V44815459 | $0.00 | $703.25 | $618.34 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Night Instructr | 29.0000 | 24.25 | 703.25 | 99.00 | 2,871.00 | SOC SEC EE | 43.60 | 178.00 | | | |
| | | | | | | MED EE | 10.20 | 41.63 | | | |
| | | | | | | PA WH | 21.59 | 88.13 | | | |
| | | | | | | BRISTOL TWP | 7.03 | 28.71 | | | |
| | | | | | | PA SUI EE | 0.49 | 2.01 | | | |
| | | | | | | BRISTOL TWP LST | 2.00 | 8.00 | | | |
| Total: | | 24.25 | 703.25 | 99.00 | 2,871.00 | Total: | 84.91 | 346.48 | Total: | 0.00 | 0.00 |

| LEAVE ACCRUAL | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|
| Accrual Type | | | Checking | Account: ####4553 | Deposit Amount: 618.34 |

Pennco Tech
3815 Otter St
Bristol, PA 19007

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/1/2023 | V44815459 |

| TOTAL NET PAY |
|---|
| ********$618.34 |

Erik Anthony Wharton
27 Lewis Street
Feasterville, PA 19053

**NOT NEGOTIABLE**

Add'l - part-time
Die pet.

## Employee Pay Details

Pennco Tech

### Erik Anthony Wharton

For Pay Period: 8/16/2023 - 8/29/2023
Pay Date: 9/1/2023

| Earning | Rate | Hours | Dollars | Location | Category | Department |
|---|---|---|---|---|---|---|
| Night Instructr | 29.0000 | 24.25 | 703.25 | Bristol, PA | Instructors - PA | Evening Instruction |
| | | 24.25 | 703.25 | | | |