# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Erik A. Wharton,<br>    Shari L. Merton,<br><br>                Debtors. | Case No. 23-12910-mdc<br><br>Chapter 13 |

### Certificate of Service

I certify that on this date I served a true and correct copy of the Debtors' First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Village Capital & Investment, LLC et.al
c/o PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364


Date: January 9, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com