United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 23-12910-mdc
Erik A. Wharton     Chapter 13
Shari L. Merton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Feb 08, 2024     Form ID: 155     Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | | Erik A. Wharton, Shari L. Merton, 27 Lewis St, Fstrvl Trvose, PA 19053-4319 |
| 14820251 | | Bread Financial, Attn: Bankruptcy, 3095 Loyalty Cir, Columbus, OH 43219-3673 |
| 14820253 | | Bucks County Water & Sewer Authority, 1275 Almshouse Rd, Warrington, PA 18976-1209 |
| 14820259 | | Cornerstone Education Loan Services, 60 S 400 W, Salt Lake Cty, UT 84101-1284 |
| 14820275 | + | Lower Southampton Township, 1500 Desire Ave, Fstrvl Trvose, PA 19053-4496 |
| 14820277 | | Mercury Financial LLC, Attn: Bankruptcy, 11401 Century Oaks Ter Ste 470, Austin, TX 78758-0007 |
| 14820282 | + | Peerform Inc, 711 3rd Avenue, New York, NY 10017-4014 |
| 14820285 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14834841 | + | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14835895 | + | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14820291 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14820726 | + | Village Capital & Investment, LLC, c/o Lee S. Raphael, Esquire, Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364-6207 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14820247 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2024 00:08:00 | Ally Financial, Inc, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14820248 | | Email/PDF: bncnotices@becket-lee.com | Feb 09 2024 00:25:51 | American Express, Attn: Bankruptcy, 200 Vesey St, New York, NY 10285-1000 |
| 14832608 | | Email/PDF: bncnotices@becket-lee.com | Feb 09 2024 00:25:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14820249 | | Email/Text: bk@avant.com | Feb 09 2024 00:08:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 14820250 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 09 2024 00:25:51 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 14820252 | | Email/Text: rm-bknotices@bridgecrest.com | Feb 09 2024 00:08:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 14819011 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2024 00:36:36 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14820258 | | Email/Text: cfcbackoffice@contfinco.com | Feb 09 2024 00:08:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 14820254 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14829030 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 09 2024 00:26:01 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 14827636 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2024 00:26:19 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14820255 |   | Email/Text: bankruptcycollections@citadelbanking.com | Feb 09 2024 00:26:18 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
|          |   |                                                 | Feb 09 2024 00:08:00 | Citadel Federal Credit Union, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14820256 |   | Email/PDF: Citi.BNC.Correspondence@citi.com     | Feb 09 2024 00:26:21 | Citibank N.A., Mail Code 451, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14834755 |   | Email/PDF: Citi.BNC.Correspondence@citi.com     | Feb 09 2024 00:26:02 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14820257 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM      | Feb 09 2024 00:08:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 14820260 |   | Email/PDF: creditonebknotifications@resurgent.com | Feb 09 2024 00:26:01 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14820261 |   | Email/PDF: DellBKNotifications@resurgent.com    | Feb 09 2024 00:25:44 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708-1577 |
| 14820262 |   | Email/Text: mrdiscen@discover.com               | Feb 09 2024 00:08:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14824613 |   | Email/Text: mrdiscen@discover.com               | Feb 09 2024 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14820265 |   | Email/Text: BNSFN@capitalsvcs.com               | Feb 09 2024 00:08:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14820267 |   | Email/Text: BNBLAZE@capitalsvcs.com             | Feb 09 2024 00:08:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 14820263 | + | Email/Text: bnc-bluestem@quantum3group.com      | Feb 09 2024 00:08:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14820264 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Feb 09 2024 00:08:00 | First Investors Financial Dept, Attn: Bankruptcy Attn: Bankruptcy, 3065 Akers Mill Rd SE , Ste 700, Atlanta, GA 30339-3124 |
| 14820266 | + | Email/PDF: ais.fpc.ebn@aisinfo.com              | Feb 09 2024 00:25:50 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14820268 |   | Email/Text: Atlanticus@ebn.phinsolutions.com    | Feb 09 2024 00:08:00 | Fortiva Retail Credit, Attn: Bankruptcy, 5 Concourse Pkwy Ste 300, Atlanta, GA 30328-6101 |
| 14820269 | + | Email/Text: GenesisFS@ebn.phinsolutions.com     | Feb 09 2024 00:09:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14820270 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 09 2024 00:08:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14820271 | + | Email/Text: electronicbkydocs@nelnet.net        | Feb 09 2024 00:08:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14820272 |   | Email/Text: sbse.cio.bnc.mail@irs.gov           | Feb 09 2024 00:08:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14835973 |   | Email/Text: JCAP_BNC_Notices@jcap.com           | Feb 09 2024 00:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14820273 |   | Email/PDF: ais.chase.ebn@aisinfo.com            | Feb 09 2024 00:36:36 | JPMorgan Chase Bank N.A., Mail Code LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 14823178 | + | Email/Text: RASEBN@raslg.com                    | Feb 09 2024 00:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, |

Case 23-12910-mdc   Doc 30   Filed 02/10/24   Entered 02/11/24 00:28:42   Desc Imaged
                            Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 155 | Total Noticed: 69 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14845358 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2024 00:26:05 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14830399 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2024 00:25:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14820274 | | Email/Text: Documentfiling@lciinc.com | Feb 09 2024 00:08:00 | LendingClub Corporation, Attn: Bankruptcy, 595 Market St Ste 200 ,, San Francisco, CA 94105-2802 |
| 14831142 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2024 00:25:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14820276 | | Email/Text: bankruptcy@marinerfinance.com | Feb 09 2024 00:08:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14820278 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2024 00:26:02 | Merrick Bank, Attn: Bankruptcy, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 14820280 | | Email/PDF: cbp@omf.com | Feb 09 2024 00:26:13 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14820281 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 09 2024 00:08:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14820283 | | Email/Text: fesbank@attorneygeneral.gov | Feb 09 2024 00:08:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14820284 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14835914 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2024 00:08:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14820286 | ^ | MEBN | Feb 09 2024 00:08:24 | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 14833976 | | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2024 00:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14833975 | | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2024 00:08:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14834953 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2024 00:26:05 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14820287 | | Email/PDF: SoFiBKNotifications@resurgent.com | Feb 09 2024 00:26:17 | SoFi Lending Corp., Attn: Bankruptcy, 1 Letterman Dr Ste 4700 Bldg A, San Francisco, CA 94129-1512 |
| 14820288 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 00:26:12 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 14820289 | + | Email/Text: bncmail@w-legal.com | Feb 09 2024 00:08:00 | Target Natonal Bank, Attn: Bankruptcy, 3901 W 53rd St, Sioux Falls, SD 57106-4216 |
| 14820290 | + | Email/Text: dbogucki@trumark.org | Feb 09 2024 00:08:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14820292 | ^ | MEBN | Feb 09 2024 00:08:30 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14820293 | | Email/Text: bknotice@upgrade.com | Feb 09 2024 00:08:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 14821645 | ^ | MEBN | Feb 09 2024 00:08:32 | Upstart Network, Inc, PO BOX 1931, Burlingame, |

Case 23-12910-mdc    Doc 30    Filed 02/10/24    Entered 02/11/24 00:28:42    Desc Imaged
                        Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 155 | Total Noticed: 69 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 14820294 | | Email/Text: bk@villagecapital.com | Feb 09 2024 00:08:00 | Village Capital & Investment LLC, Attn: Bankruptcy, 2550 Paseo Verde Pkwy Ste 100, Henderson, NV 89074-7129 |
| 14833123 | | Email/Text: bk@villagecapital.com | Feb 09 2024 00:08:00 | Village Capital & Investment,LLC, 2550 Paseo Verde Parkway, Suite 100, Henderson,NV 89074 |
| 14820295 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 09 2024 00:26:25 | Wells Fargo, Attn: Bankruptcy, 420 Montgomery St, San Francisco, CA 94104-1298 |

(prior row continued: CA 94011-1931)

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14820279 | ## | Neshaminy School District, 2250 Langhorne Yardley Rd, Langhorne, PA 19047-8245 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Erik A. Wharton help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Shari L. Merton help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Erik A. Wharton and Shari L. Merton
     Debtor(s)                                              Chapter: 13

                                                                Bankruptcy No: 23−12910−mdc

_____

**ORDER CONFIRMING PLAN UNDER CHAPTER 13**

    AND NOW, this February 8, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                  Magdeline D. Coleman
                                                                  Chief Judge, United States Bankruptcy Court

                                                                                               29 − 17
                                                                                              Form 155