Prober & Raphael, A Law Corporation
20750 Ventura Blvd., Suite 108, Woodland Hills, CA 91364
Tel: (818)-227-0100
Fax: (818)-227-0637
Email: cmartin@pralc.com
FHAV.036-028.NF

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In Re | ) | Bk. No. 23-12910-mdc |
| | ) | |
| ERIK A. WHARTON and | ) | |
| SHARI L. MERTON, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | **NOTICE OF CREDITOR** |
| | ) | **ADDRESS CHANGE** |
| | ) | |

Notice is hereby given that the new notice and payment address for creditor, Village Capital & Investment LLC, with respect to Proof of Claim No. 17-2, is as follows:

**Previous Corporate Office Address**
2550 Paseo Verde Parkway, Suite 100
Henderson, NV 89074

**New Corporate Office Address**
2460 Paseo Verde Parkway, Suite 110
Henderson, NV 89074

Dated: September 30, 2024          By /s/ Lee S. Raphael
                                      Lee S. Raphael
                                      Prober & Raphael, A Law Corporation
                                      Authorized Agent for Creditor

1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Ciera Koga, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 108, Woodland Hills, California 91364.

On 10/3/2024, I served the within NOTICE OF CREDITOR ADDRESS CHANGE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Erik A. Wharton
Shari L. Merton
27 Lewis St
Fstrvl Trvose, PA 19053-4319
Debtors

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite #900
Philadelphia, PA 19102
Attorney for Debtors

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on    10/3/2024    at Woodland Hills, California.

_____