UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br><br>ERIK A. WHARTON and SHARI L. MERTON,<br>         Debtors | CHAPTER 13<br><br>CASE NO.: 23-12910-pmm |
| VILLAGE CAPITAL & INVESTMENT, LLC, its assignees and/or successors in interest,<br>         Movant<br><br>vs.<br><br>ERIK A. WHARTON and SHARI L. MERTON,<br>         Respondent<br>KENNETH E. WEST,<br>         Trustee | **HEARING DATE: 2/20/25 at 11am**<br><br>**LOCATION:**<br><br>U.S. Bankruptcy Court<br>Robert N.C. Nix Federal Courthouse<br>Courtroom No 1<br>900 Market Street<br>Philadelphia, PA 19107 |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

*Movant has filed a Motion for Relief From Automatic Stay with the Court for relief from the Automatic Stay to permit Movant to disburse insurance funds to the contractor for repairs on the property located at* **27 Lewis Street, Feasterville Trevose, Pennsylvania 19053**.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this case.  (If you do no have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider you views on the motion, then on or before February 5, 2025, you or your attorney must do all of the following:

    (a) file an answer explaining you position at:

        United States Bankruptcy Court Clerk
        Eastern District of Pennsylvania
        900 Market Street, Suite 400
        Philadelphia, PA 19107-4299

1

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so it will be received on or before the date stated above; and,

      (b) mail a copy to the movant's attorney:

> *Keri P. Ebeck, Esquire*
> *Bernstein-Burkley, P.C.*
> *601 Grant Street, 9th Floor*
> *Pittsburgh, PA 15219*
> *(412) 456-8112*
>
> *Kenneth E. West, Trustee*
> *1234 Market Street - Suite 1813*
> *Philadelphia, PA 19107*
>
> *Office of the U.S. Trustee*
> *900 Market Street, Suite 320*
> *Philadelphia, PA 19107*

2. If you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on __February 20, 2025__ at _11:00 a.m._ in Courtroom 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no on filed an answer.

DATE: January 22, 2025