**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br>ERIK A. WHARTON and SHARI L. MERTON,<br>      Debtors | CHAPTER 13<br><br>CASE NO.: 23-12910-pmm |
| VILLAGE CAPITAL & INVESTMENT, LLC, its assignees and/or successors in interest,<br>      Movant<br><br>vs.<br><br>ERIK A. WHARTON and SHARI L. MERTON,<br>      Respondent<br>KENNETH E. WEST,<br>      Trustee | **HEARING DATE: 2/20/25 at 11am**<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Robert N.C. Nix Federal Courthouse<br>Courtroom No 1<br>900 Market Street<br>Philadelphia, PA 19107 |

**CERTIFICATE OF NO RESPONSE**

I, Keri P. Ebeck, Esquire, of Bernstein-Burkley, P.C., attorney for Movant, hereby certify that as of this 6th day of February 2025 there has been no response or answer regarding Movant's Motion for Relief from the Automatic Stay, pursuant to the Notice of Motion, Response Deadline and Hearing Date served by the Movant on January 22, 2025, as evidenced by the Certificate of Service attached hereto. It is respectfully requested that said Motion for Relief from the Automatic Stay and the attached proposed Order of Court be presented to the Honorable Patricia M. Mayer as **UNCONTESTED.**

                                                                          Respectively submitted:

Dated: February 6, 2025                           BERNSTEIN-BURKLEY, P.C.

                                                                 /s/ Keri P. Ebeck
                                                                 Keri P. Ebeck, Esquire
                                                                 Retained Counsel for Movant
                                                                 PA I.D. # 91298
                                                                 kebeck@bernsteinlaw.com
                                                                 601 Grant Street, 9th Floor

Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120