## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br> ERIK A. WHARTON and SHARI L. MERTON,<br>      Debtors | CHAPTER 13<br><br>CASE NO.: 23-12910-pmm |
| VILLAGE CAPITAL & INVESTMENT, LLC, its assignees and/or successors in interest,<br>      Movant<br>vs.<br>ERIK A. WHARTON and SHARI L. MERTON,<br>      Respondent<br>KENNETH E. WEST,<br>      Trustee | **HEARING DATE: 2/20/25 at 11am**<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Robert N.C. Nix Federal Courthouse<br>Courtroom No 1<br>900 Market Street<br>Philadelphia, PA 19107 |

## **ORDER**

AND NOW, this          day of                              , based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed with the disbursal of insurance funds to the debtor in the amount of $10,278.00 for reimbursement for repairs to the subject Property generally described as **27 Lewis Street, Feasterville Trevose, Pennsylvania 19053**, pursuant to applicable statutory law.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

_____

Please send copies to:

Erik A. Wharton
Shari L. Merton
27 Lewis St
Feasterville Trevose, PA 19053-4319
Debtors

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite #900
Philadelphia, PA 19102
Attorney for Debtors

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
Chapter 13 Trustee

Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107