B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Eastern _____ District Of Pennsylvania _____

In re Erik A. Wharton and Shari L. Merton _____,   Case No. 23-12910-djb _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **MidFirst Bank** | **Village Capital & Investment, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known):   17-2 |
| MidFirst Bank, Bankruptcy Department | Amount of Claim:   $323,369.68 |
| 999 NW Grand Boulevard, #110 | Date Claim Filed:   12/21/2023 |
| Oklahoma City, OK 73118-6077 | |
| Phone: 800-654-4566 | Phone: 702-781-8774 |
| Last Four Digits of Acct #: ******8711 | Last Four Digits of Acct. #: 2528 |

Name and Address where transferee payments should be sent (if different from above):
  MidFirst Bank, Bankruptcy Payments
  999 NW Grand Boulevard, #100
  Oklahoma City, OK 73118-6077

Phone: 800-654-4566

Last Four Digits of Acct #:   ******8711

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: */s/ Shawn Miller* _____   Date: 03 / 20 / 2026 _____
     Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ALDRIDGE PITE, LLP
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION

| | |
|---|---|
| In re | Case No. 23-12910-djb |
| ERIK A. WHARTON and SHARI L. MERTON, | Chapter 13 |
| Debtor(s). | **Transfer of Claim** |

I, Abril Lujan Gomez, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: 3333 Camino del Rio South, Suite 225, San Diego CA 92108.   I am over the age of eighteen years and not a party to this cause.

On March 23, 2026, I caused the TRANSFER OF CLAIM to be served in said case by electronic means through the court's CM/ECF system or through United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.


/s/Abril Lujan Gomez
ABRIL LUJAN GOMEZ

1

PROOF OF SERVICE

## <u>SERVICE LIST</u>

**<u>DEBTOR(S)</u>**
**<u>(VIA US MAIL)</u>**

Erik A. Wharton
Shari L. Merton
27 Lewis St
Fstrvl Trvose, PA 19053-4319

**<u>DEBTOR(S) ATTORNEY</u>**
**(VIA ELECTRONIC NOTICE)**

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com

**<u>CHAPTER 13 TRUSTEE</u>**
**(VIA ELECTRONIC NOTICE)**

KENNETH E. WEST

Office of the Chapter 13 Standing Trustee  190 N. Independence Mall West  Suite 701 Philadelphia,

PA 19106  ecfemails@ph13trustee.com

PROOF OF SERVICE