**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

ERIK A. WHARTON

SHARI L. MERTON

**Debtor(s)**

**Chapter:**  13

**Claim Number:** 4

**Case Number:** 23-12910

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Carvana, LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only     [√] Payment only     [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:

Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC

P.O. Box 4138

Houston, TX 77210

TO:

Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC

PO Box 661384

Dallas,TX 75266-1384

Date:  08/12/2026

/s/ Amit Rohit

Creditor's Authorized Agent for Carvana, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

                                                 **Chapter:**  13

  ERIK A. WHARTON
  SHARI L. MERTON                                  **Case Number:** 23-12910
**Debtor(s)**

### Certificate of Service

I certify that on 08/12/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
MICHAEL A CIBIK
HELP@CIBIKLAW.COM

Trustee
KENNETH E WEST
ecfemails@ph13trustee.com

                                                    /s/ Amit Rohit

                                                    Amit Rohit
                                                    AIS Portfolio Services, LLC
                                                    4515 N Santa Fe Ave. Dept. APS
                                                    Oklahoma City, OK 73118
                                                    888-455-6662
                                                    ECFNotices@aisinfo.com